UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

     Plaintiff,

vs.                          Case No. 6:24-cv-356-LGB-LBP

**SEA LIFE ORLANDO LLC, a foreign
limited liability company**,

     Defendant.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated: March 20, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Lead Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL  33351-7919 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email: rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email duranandassociates@gmail.com |

By____*s/ Roderick V. Hannah*___          By  ___*s/  Pelayo  M.  Duran*_____
        RODERICK V. HANNAH                      PELAYO M. DURAN
        Fla. Bar No. 435384                     Fla. Bar No. 0146595

**RUMBERGER, KIRK & CALDWELL, P.A.**
Counsel for Defendant
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
T. 850/222-6550
850/222-8783 (Facsimile)
E-mail: nsmith@rumberger.com (primary)
        docketingorlando@rumberger.com and
        nsmithsecy@rumberger.com (secondary)

By ___*/s Nicole Sieb Smith*_____
        NICOLE SIEB SMITH
        Fla. Bar No.: 0017056